# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2020

159605(68)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WALTER AARON KELLY,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159605
COA: 340033
Wayne CC: 16-008683-FH

On order of the Court, the motion for reconsideration of this Court's December 20, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2020



Clerk

a0323